United States District Court
Southern District of Texas
**ENTERED**
January 14, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **TECHNO LICENSING LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITECH AMERICA, INC.,**<br><br>**Defendant.** | **CASE NO. 4:18-cv-04430** |

## ORDER GRANTING UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

On this day came on to be considered Defendant Unitech America, Inc.'s ("Unitech") Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint ("Motion"), and the Court having now reviewed said Motion, finds that it is well taken and should be granted. It is, therefore,

ORDERED that Unitech's Motion is hereby GRANTED and Unitech shall have a 30-day extension of time to answer, move, or otherwise respond to Plaintiff's Complaint. Unitech's response shall be due on or before February 8, 2019.

_____
UNITED STATES DISTRICT JUDGE